

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

---

*Tracy L. Berry*  *Thomas F. Eagleton U.S. Courthouse*   *Telephone: (314) 539-2200*
*Assistant United States Attorney*  *111 S. 10th Street, Rm. 20.333*   *Fax: (314) 539-2777*
 *St. Louis, MO  63102*

December 15, 2022

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO  63102

    **Re:**    United States v. MARIO C. COOKS, 4:22-CR-00708 RWS JMB

Mr. Linhares:

    The indictment above returned by the United States Grand Jury in the above captioned case on December 14, 2022, was ordered suppressed pending the apprehension of the defendants named herein.

    We are now informed that the indictment regarding the above defendants is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted.  It is, therefore, directed that such be done.

    Very truly yours,

    SAYLER A. FLEMING
    United States Attorney

    */s/ Tracy L. Berry*
    TRACY L. BERRY, #014753 TN
    Assistant United States Attorney